```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                          8/24/2015

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY:       CW        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMAL GAINES,<br><br>           Plaintiff,<br><br>      v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>           Defendants. | No. CV 14-7755-MWF (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the magistrate judge's report and recommendation. The Court accepts the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: August 24, 2015

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE