JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/24/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMAL GAINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. CV 14-7755-MWF (PLA)<br><br>**JUDGMENT** |

　　Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and follow court orders.

DATED: August 24, 2015

　　　　　　　　　　　　　　　　　　/s/ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE